# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VEGA,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>    Respondent. | Case No. CV 16-5586-BRO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed and Petitioner has not moved to voluntarily dismiss grounds two, three, and four within the time specified by the Court to do so. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: March 7, 2017

                                    BEVERLY REID O'CONNELL
                                    U.S. DISTRICT JUDGE